773 S.E.2d 913

**Hazel Jeisel RIVERA, Respondent,**

v.

**Warren Jared NEWTON, Newton's Farm, J & J Logging, Inc., and Edgar Rivera, Petitioners.**

**Appellate Case No. 2013–000674.**
**No. 27542.**

Supreme Court of South Carolina.

Heard April 7, 2015.
Decided July 1, 2015.

Brandon A. Smith, of King, Love & Smith, LLC, of Greenwood, and John Dwight Hudson, of Hudson Law Offices, of Myrtle Beach, for petitioners.

Lawrence Sidney Connor, IV, of Kelaher Connell & Connor, PC, of Surfside Beach, for respondent.

PER CURIAM.

We granted certiorari to review the court of appeals' opinion in *Rivera v. Newton*, 401 S.C. 402, 737 S.E.2d 193 (Ct.App. 2012). We now dismiss the writ of certiorari as improvidently granted and further direct the court of appeals to depublish its opinion and assign the matter an unpublished opinion number. The above opinion shall no longer have any precedential effect.

**DISMISSED AS IMPROVIDENTLY GRANTED.**